UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE DURGIN, individually and on behalf
of all others similarly situated,

                Plaintiff,

v.

TOUSA, INC., ANTONIO P. MON,
DAVID J. KELLER and RANDY L. KOTLER,
                Defendants.

Case No.: 06-61844-CIV-Marra

## CONSENT ORDER REGARDING THE MOTION BY DIAMONDBACK CAPITAL, LLC SEEKING PERMISSION TO SERVE DOCUMENT PRESERVATION SUBPOENAS

WHEREAS, lead plaintiff Diamondback Capital Management, L.L.C. ("Diamondback") has filed a motion seeking permission to serve document preservation subpoenas on various third parties [D.E. 63] ("the Motion"); and

WHEREAS, defendant TOUSA, Inc. ("TOUSA") filed a response to the Motion objecting to the subpoenas on various grounds [D.E. 66]; and

WHEREAS, counsel for Diamondback and TOUSA have informed the Court that they resolved the Motion, and agree to entry of this Consent Order;

In accordance with that agreement, it is hereby **ORDERED AND ADJUDGED** that [DE 63] the Motion is **GRANTED to the following extent:**

1. Counsel for Diamondback may serve document preservation subpoenas using the Schedule A attached as Exhibit A to this Order, and may serve those subpoenas on the following entities ("the Subpoenaed Third Parties"):

1

        Deutsche Bank Trust Company Americas

        Deutsche Bank Securities Inc.

        TOUSA Homes L.P.

        Transeastern Properties, Inc.

2. Such subpoenas shall require the Subpoenaed Third Parties to preserve documents called for in the subpoenas. No party shall be permitted to require production of documents pursuant to these Subpoenas without further order of this Court.

3. No party to this action, nor any of the Subpoenaed Third Parties, shall be deemed to have waived any objections to the subpoenas as a result of TOUSA's agreement to allow Diamondback to serve the subpoenas.

4. All parties to this action and the Subpoenaed Third Parties shall not be required to serve objections and responses to the subpoenas without further order of this Court, and any such objections shall be preserved until objections and responses are required by order of the Court.

      **DONE and ORDERED** in chambers at the United States District Courthouse, West Palm Beach, Florida, this 11th day of September, 2007.

                                        _____
                                        United States District Judge
                                        Southern District of Florida

# Exhibit A

# SCHEDULE A FOR PROPOSED DOCUMENT PRESERVATION SUBPOENAS

## DEFINITIONS AND INSTRUCTIONS

1. "You" and "Your" mean the non-party to whom this document preservation subpoena is addressed together with Your agents and affiliates and each of Your directors, officers, agents, employees, attorneys, accountants and representatives.

2. "Class" has the same meaning as set forth in the Complaints filed in the Securities Class Actions (defined below).

3. "Lender Lawsuits" means Deutsche Bank Trust Co. Americas v. Technical Olympic USA, Inc. and TOUSA Homes L.P., Supreme Court of the State of New York, County of New York, No. 06/604118 and Deutsche Bank Securities Inc. v. Technical Olympic USA, Inc., EH/Transeastern, LLC, and TE/TOUSA Senior, LLC, Supreme Court of the State of New York, County of New York, No. 600974/07 and all related actions and proceedings.

4. "Securities Class Actions" means the related cases filed by investors against Technical Olympic USA, Inc. (now known as TOUSA, Inc.) and other defendants under the federal securities laws which are pending in the United States District Court for the Southern District of Florida under the first-filed action entitled George Durgin v. TOUSA, Inc., et al., Case No. 06-61844-Civ-MARRA/JOHNSON.

5. "TOUSA" means Technical Olympic USA, Inc. (now known as TOUSA, Inc.) together with its agents and affiliates and each of its directors, officers, agents, employees, attorneys, accountants and representatives.

6. The term "Transeastern Properties Transaction" or the "Transeastern Joint Venture" means the transaction in which on or about August 1, 2005, TOUSA, through a

subsidiary joint venture, purchased substantially all of the assets and homebuilding operations of Transeastern Properties, Inc., a Florida land development and home building company.

7. The term "DBTCA Loans" means the three tranches of loans with Deutsche Bank Trust Company Americas ("DBTCA") serving as the Administrative Agent for all lenders under three credit agreements governing such loans which were used to finance the Transeastern Properties Transaction, including the senior loans that were extended by EH/T Transeastern LLC and the two mezzanine loans that were extended by TE/TOUSA Mezzanine LLC and TE TOUSA Mezzanine Two, LLC.

8. The terms "Completion Guarantees" and "Carve-Out Guarantees" have the same meaning as defined in the DBTCA Loans.

9. The definitions and rules of construction contained in Rule 26 of the Federal Rules of Civil Procedure as well as the Local Rules for the Southern District of Florida are incorporated by reference.

10. The time period covered by these Requests is January 1, 2005 through the present, unless otherwise indicated. An otherwise responsive document must be preserved if it was created, modified, sent, received, executed or reviewed within this time period.

11. This subpoena calls for the preservation of responsive documents in your possession, custody or control, and requires you to identify and assure the preservation of responsive documents. You are required to preserve responsive documents until the Court or the lead plaintiff in the Securities Class Actions instructs you in writing that your obligation to preserve documents has ended or until the Securities Class Actions are dismissed with prejudice. You are not required to produce documents to any party in response to this subpoena.

12. You are not required to serve objections and responses to this subpoena without further order of the Court and all objections are preserved until the deadline set by the Court for objections and responses.

13. These Requests are continuing in nature. You are required to preserve responsive documents that come to your attention, or come into your possession, after this Subpoena has been served.

## REQUESTS FOR PRODUCTION

1. All documents produced by or to You in connection with the Lender Lawsuits, including all testimony and related exhibits from the Lender Lawsuits.

2. All settlement documents from the Lender Lawsuits, including all settlement agreements and releases.

3. All documents concerning the Transeastern Properties Transaction that relate to the historic and projected financial performance of Transeastern.

4. All agreements between You and TOUSA concerning the Transeastern Properties Transaction.

5. All documents concerning the Completion Guarantee or the Carve-Out Guarantee in the DBTCA Loans.

6. All documents concerning efforts to enforce the Completion Guarantees or Carve-Out Guarantees, including all demand letters seeking to enforce any of those guarantees.

7. All communications between You (or anyone acting on Your behalf) and TOUSA, Antonio Mon, David Keller or Randy Kotler concerning the Transeastern Properties Transaction, the Lender Lawsuits or the Securities Class Actions.

8. All communications between You (or anyone acting on Your behalf) and

3

TOUSA, Antonio Mon, David Keller or Randy Kotler concerning whether TOUSA's debt in connection with the Transeastern Properties Transaction was with, or without, recourse to TOUSA.

9. All communications concerning whether the Transeastern Joint Venture was meeting, or failing to meet, its sales forecasts.

10. All documents concerning the June 2005, engagement letter between TOUSA and Deutsche Bank Securities Inc. ("DBSI") in which DBSI agreed to provide TOUSA financial advice in connection with the Transeastern Properties Joint Venture.

11. All documents concerning the August 2005 credit agreement between EH/Transeastern, TE/TOUSA Senior and Deutsche Bank Trust Company Americas, an affiliate of DBSI, as administrative agent and DBSI as lead arranger.

12. A copy of any confidentiality agreement entered by the parties to the Lender Lawsuits.

13. A copy of Your document retention policy.