**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| GEORGE DURGIN, Individually And On Behalf Of All Others Similarly Situated, | **Case No.:  06-61844-CIV-Marra** |
| Plaintiff, | |
| v. | |
| ANTONIO P. MON, DAVID J. KELLER, RANDY L. KOTLER, and TOMMY L. McADEN, | |
| Defendants. | |

**NOTICE OF INTENT NOT TO AMEND**

Notice is hereby given that Lead Plaintiff, Bricklayers & Trowel Trades International Pension Fund, individually and on behalf of all others similarly situated in the above-captioned consolidated action, does not intend to file a Second Amended Complaint, and respectfully requests that judgment be entered so that an appeal may be taken therefrom.

Dated:  October 21, 2009          **BARKER, RODEMS & COOK, P.A.**

By: /s/ Chris A. Barker
    Chris A. Barker, Esquire
Fla. Bar No.:  885568
400 North Ashley Drive, Suite 2100
Tampa, FL 33602
Telephone:  (813) 489-1001
Facsimile:  (813) 489-1008
Email:  cbarker@barkerrodemsandcook.com

*Liaison Counsel for Bricklayers & Trowel Trades International Pension Fund and the Putative Class*

26489v1

BERNSTEIN LIEBHARD LLP
Jeffrey M. Haber, Esq.
Sabina Sosunova, Esq.
10 East 40th Street, 22nd Floor
New York, NY  10012
Telephone:  (212) 779-1414
Facsimile:  (212) 779-3218
Email:  haber@bernlieb.com
Email:  sosunova@bernlieb.com

*Lead Counsel for Bricklayers & Trowel Trades International Pension Fund and the Putative Class*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 21, 2009, we have electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notice and a copy to all registered parties and counsel.

**BARKER, RODEMS & COOK, P.A.**

By:  \_/s/ Chris A. Barker\_\_\_\_
       Chris A. Barker, Esquire

26489v1