# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GEORGE DURGIN, Individually And On Behalf Of All Others Similarly Situated, | **Case No.:  06-61844-CIV-Marra** |
| Plaintiff, | |
| v. | |
| ANTONIO P. MON, DAVID J. KELLER, RANDY L. KOTLER, and TOMMY L. McADEN, | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Lead Plaintiff, Bricklayers & Trowel Trades International Pension Fund, individually and on behalf of all others similarly situated in the above-captioned consolidated action, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the opinion and order entered September 21, 2009 (doc # 211), granting the Defendants' Motions to Dismiss (doc #s 176, 177, 179 and 190), and the judgment entered in this action in favor of Defendants, Keller, Kottler, Mon, and McAden, and against Lead Plaintiff, Bricklayers & Trowel Trades International Pension Fund, on the 22nd day of October, 2009 (doc #213).

26489v1

Dated:  October 29, 2009

**BARKER, RODEMS & COOK, P.A.**
By:  /s/ Chris A. Barker
    Chris A. Barker, Esquire
Fla. Bar No.:  885568
400 North Ashley Drive, Suite 2100
Tampa, FL 33602
Telephone:  (813) 489-1001
Facsimile:  (813) 489-1008
Email:  cbarker@barkerrodemsandcook.com

*Liaison Counsel for Bricklayers & Trowel Trades International Pension Fund and the Putative Class*

**BERNSTEIN LIEBHARD LLP**
Jeffrey M. Haber, Esq.
Sabina Sosunova, Esq.
10 East 40th Street, 22nd Floor
New York, NY  10012
Telephone:  (212) 779-1414
Facsimile:  (212) 779-3218
Email:  haber@bernlieb.com
Email:  sosunova@bernlieb.com

*Lead Counsel for Bricklayers & Trowel Trades International Pension Fund and the Putative Class*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 29, 2009, we have electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notice and a copy to all registered parties and counsel.

**BARKER, RODEMS & COOK, P.A.**

By:  /s/ Chris A. Barker
    Chris A. Barker, Esquire

26489v1